# New Civil Liberties Alliance

**VIA ECF**

September 15, 2021

Clerk of Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  *Martinez-Brooks v. Garland*, 2:21-cv-11307-BRM-JSA

Dear Clerk of Court,

I am counsel for the Plaintiff in the above-captioned matter. Pursuant to L.Civ.R. 7.1(d)(5), Plaintiff requests an automatic extension of time to respond to the Defendants' motion to dismiss.

The motion is currently set for October 4, 2021. The new motion day will be October 18, 2021. The original motion day has not previously been extended or adjourned and Plaintiff is invoking the provisions of L.Civ.R. 7.1(d)(5) before their opposition papers are due on September 20, 2021.

Defendants have no objection to Plaintiff's request for additional time.

A copy of this letter was served on all parties through ECF.

Thank you for your consideration of this matter.

Respectfully,

*Kara Rollins*

KARA ROLLINS (Attorney ID 107002014)
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Kara.Rollins@ncla.legal
