UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS,<br><br>*Plaintiff,*<br><br>v.<br><br>MERRICK GARLAND, Attorney General; ET AL.<br><br>*Defendants.* | HON. BRIAN R. MARTINOTTI, U.S.D.J.<br>HON. JESSICA S. ALLEN, U.S.M.J.<br><br>Civil Action No. 21-11307 (BRM)(JSA) |

**CONSENT ORDER**

This matter was presented to the Court by Rachael A. Honig, Acting United States Attorney for the District of New Jersey, by John Stinson, Assistant United States Attorney, appearing, as counsel for the Defendants, to extend the briefing schedule for the motion to dismiss filed by Defendants on September 7, 2021 (ECF No. 9). The parties met and conferred regarding the briefing schedule because of trial schedules and staffing issues that affected counsel for Plaintiff and for Defendants.

The parties in this civil litigation have agreed, and by counsels' signatures below now stipulate, that (1) Plaintiff shall file a brief in opposition, or other response to the Motion, on or before Monday, October 25, 2021; and (2) the Defendants shall file a reply brief, if any, on or before Monday, November 8, 2021. The next motion day following these deadlines would be November 15, 2021, based on the calendar promulgated under L. Civ. R. 78.1(a).

NOW THEREFORE, in light of the foregoing, and for other good cause shown, on this _____ day of _____, 2021, the above stipulation is SO ORDERED.

BY THE COURT:

_____
BRIAN R. MARTINOTTI, U.S.D.J.

Without waiving any rights, claims or defenses with respect to this lawsuit, we consent to the form and entry of this Order on behalf of the parties we represent.

NEW CIVIL LIBERTIES ALLIANCE

*/s/ Kara Rollins*
Kara Rollins, Esq.
*Counsel for Plaintiff*


RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY

*/s/ John Stinson*
John Stinson, Assistant U.S. Attorney
*Counsel for the Defendants*