## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

New Civil Liberties Alliance
Kara Rollins
(Attorney ID 107002014)
Litigation Counsel
1225 19th Street NW, Suite 450
Washington, DC 20036
Tel.: (202) 869-5210
Email: Kara.Rollins@NCLA.legal
*Counsel to Plaintiff*

Philip R. Sellinger
United States Attorney
John Stinson
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
Tel.: (856) 757-5139
Email: John.Stinson@usdoj.gov
*Counsel for Defendants*

| | |
|---|---|
| DIANTHE MARTINEZ-BROOKS, <br><br> *Plaintiff,* <br><br> v. <br><br> MERRICK GARLAND, <br> Attorney General; *et al.,* <br><br> *Defendants.* | Hon. Brian R. Martinotti, U.S.D.J. <br> Hon. Jessica S. Allen, U.S.M.J. <br><br> Civil Action No. <br> 21-11307 (BRM)(JSA) |

## STIPULATION OF DISMISSAL OF THE COMPLAINT

On December 21, 2021, Defendant the United States Department of Justice issued *Discretion to Continue the Home-Confinement Placements of Federal Prisoners After the COVID-19 Emergency*, 45 Op. O.L.C. __ (Dec. 21, 2021), which reconsidered the January 2021 Office of Legal Counsel memorandum opinion being challenged in this case. The December 2021 OLC Opinion resolves the claims in this case as it concludes

that "section 12003(b) [of the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281] grants [the Bureau of Prisons] discretion to permit prisoners in extended home confinement to remain there."

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff, with the signed consent of the Defendants, enters this stipulation to voluntarily dismiss, without prejudice, the Plaintiff's causes of action as stated in her Complaint, with the parties to bear their own costs.

Dated:         December 24, 2021

Respectfully Submitted,

/s/ *Kara Rollins*
_____

NEW CIVIL LIBERTIES ALLIANCE
KARA ROLLINS
(Attorney ID 107002014)
Litigation Counsel
1225 19th Street NW, Suite 450
Washington, DC 20036
Tel.: (202) 869-5210
Email: Kara.Rollins@NCLA.legal
*Counsel to Plaintiff*

/s/ *John Stinson*
_____

PHILIP R. SELLINGER
United States Attorney
JOHN STINSON
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
Tel.: (856) 757-5139
Email: John.Stinson@usdoj.gov
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2021, I electronically filed the foregoing

Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will

send electronic notification of such filing to all counsel of record.

/s/ *Kara Rollins*
KARA ROLLINS (Attorney ID 107002014)

**SO ORDERED:**

**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:**   12/27/2021